WILLIAM WILSON, Respondent, *v.* THOMAS DORAN et al.,
Appellants.

(Argued February 24, 1876; decided March 21, 1876.)

THIS was an action to foreclose a mechanic's lien in Kings county, under chapter 478, Laws of 1862.   Decided on authority of *Rollin* v. *Cross* (45 N. Y., 767) and *Hackett* v. *Badeau* (63 id., 476).

*Justus Palmer* for the appellants.

*Theo. F. Jackson* for the respondent.

*Per Curiam* memorandum for affirmance.
All concur.
Order affirmed, and judgment absolute against appellants.